UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HOWARD BUFF, JEFF BERNHARD,
STEPHEN LERCH, REVIVE HOLDING
COMPANY, and REVIVEHEALTH, INC.,          CASE NO.: 3:24-cv-00482-TJC-JBT

    Plaintiffs,

v.

RSUI INDEMNITY COMPANY, and
FEDERAL INSURANCE COMPANY,

    Defendants.
_____/

**PLAINTIFFS' DISCLOSURE STATEMENT
UNDER RULE 7.1., FEDERAL RULES OF CIVIL PROCEDURE,
AND LOCAL RULE 3.03**

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☒    No.

    ☐    Yes, and

        ☐    These parent corporations and publicly held corporations own 10% or more of the filer's shares:

        ☐    The filer has no parent corporation.

        ☐    No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

  ☐ No.

  ☒ Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer:

  **This is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a). Plaintiffs' citizenships are, and were at the time of the filing of this action, as follows:**

  **a) Plaintiff, Howard Buff is an individual domiciled in the State of Florida;**

  **b) Plaintiff, Jeff Bernhard is an individual domiciled in the State of Florida;**

  **c) Plaintiff, Stephen Lerch is an individual domiciled in the State of Florida;**

  **d) Plaintiff, Revive Holding Company ("RHC") is a Delaware corporation, with its principal place of business in Florida. RHC is therefore a citizen of Delaware and Florida; and**

  **e) Plaintiff, ReviveHealth, Inc. ("RHI"), is a Delaware corporation, with its principal place of business in Florida. RHC is therefore a citizen of Delaware and Florida.**

  a. Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

    ☒ No.

    ☐ Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

    b.     Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

          ☒    No.

          ☐    Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

    c.     Is the filer an insurer?

          ☒    No.

          ☐    Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

    d.     Is the filer a legal representative?

          ☒    No.

          ☐    Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

    e.     Has the filer identified any corporation?

          ☐    No.

          ☒    Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

    f.     Has the filer identified any natural person?

          ☐    No.

          ☒    Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3. Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

☐ No.

☒ Yes. These additional persons and entities have or might have an interest in the outcome of the action:

    a. **EIR RH MIDCO, LLC**

    b. **EIR RH SPV, LLC**

    c. **Eir Partners Capital, LLC**

    d. **Brett Carlson**

    e. **Plaintiffs' attorneys, Alan S. Wachs, Jonathon D. Pressley, and Tucker Pryor, Esq., of Smith, Gambrell & Russell, LLP**

    f. **Defendant, RSUI Indemnity Company**

    g. **Defendant, Federal Insurance Company**

    h. **Chubb Limited**

    i. **Counsel for Defendant, RSUI Indemnity Company, Ashley Kellgren, Esq., and Michael Kiernan, Esq., of Traub Lieberman Straus & Shrewsberry LLP**

    j. **Counsel for Defendant, Federal Insurance Company, Aaron Weiss, Esq., and Steven Brodie, Esq., of Carlton Fields**

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

   ☒    No.

   ☐    Yes, and this is the entity: [].

5. Is this a bankruptcy action?

   ☒    No.

   ☐    Yes, and the debtor is [].

   ☐    Yes, and the members of the creditors' committee are [].

6. Is this a criminal case?

   ☒    No.

   ☐    Yes, and these persons are arguably eligible for restitution: [].

7. Is there an additional entity likely to actively participate in this action?

   ☒    No.

   ☐    Yes, and this is the entity: [].

8. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

   ☒    Yes.

Dated: July 18, 2024

                                  **SMITH, GAMBRELL & RUSSELL, LLP**

                                  */s/ Jonathon D. Pressley*
                                  Alan S. Wachs
                                  Florida Bar No.: 980160
                                  awachs@sgrlaw.com
                                  tgreene@sgrlaw.com
                                  dhsmith@sgrlaw.com
                                  Jonathon D. Pressley
                                  Florida Bar No. 84579
                                  jpressley@sgrlaw.com
                                  asalane@sgrlaw.com
                                  Tucker J. Pryor
                                  Florida Bar No.: 1010304
                                  tpryor@sgrlaw.com
                                  50 N. Laura Street, Suite 2600
                                  Jacksonville, Florida 32202
                                  (904) 598-6110 (Telephone)
                                  (904) 598-6210 (Facsimile)
                                  *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of July 2024, a true and correct copy of the foregoing was filed with the Clerk of Court by using the CM/ECF system, which will send a Notice of Electronic filing to counsel of record.

                                  */s/ Jonathon D. Pressley*
                                  Attorney