# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

HOWARD BUFF, *et al.*,

   *Plaintiffs*,

v.                                                             Case No. 3:24-cv-00482-TJC-SJH

RSUI INDEMNITY COMPANY, *et al.*,

   *Defendants*.

_____/

## JOINT MOTION TO EXTEND DEADLINES FOR DISCLOSING EXPERT REPORTS AND FOR COMPLETING DISCOVERY

Plaintiffs, Howard Buff; Jeff Bernhard; Stephen Lerch; Revive Holding Company; and Revivehealth, Inc., ("Plaintiffs"), and Defendants RSUI Indemnity Company ("RSUI") and Federal Insurance Company ("Federal") (collectively, the "Parties"), pursuant to Fed. R. Civ. P. 16, hereby jointly move this Court for entry of an Order extending the deadline for disclosing expert reports and the deadline for completing discovery and filing motions to compel set forth in the Court's Case Management and Scheduling Order and Referral to Mediation (the "Scheduling Order") entered on August 9, 2024 [ECF No. 30]. The Parties do not seek an extension of any other deadlines set forth in the Scheduling Order or to move the trial date.

Pursuant to Fed. R. Civ. P. 16, a scheduling order may be modified "for good

cause with the judge's consent." Fed. R. Civ. P. 16(b)(4). The deadlines for disclosing expert reports in the Scheduling Order, as previously modified by the Court's January 23, 2025, Endorsed Order, are as follows:

> Plaintiff:   **February 4, 2025**
> Defendant: **March 4, 2025**
> Rebuttal:   **March 18, 2025**

*See* ECF Nos. 30, 37. Additionally, the deadline for completing discovery and filing motions to compel is March 28, 2025. ECF No. 30.

The Parties are actively engaged and participating in discovery, including conferring on certain objections and responses to written discovery and providing supplemental answers to the same. However, Plaintiffs will not receive supplemental answers to certain interrogatories regarding Defendants' affirmative defenses prior to the expiration of the deadline for disclosing expert witnesses. As such, in order to allow for orderly and complete discovery and to avoid any potential prejudice, the Parties jointly request the Court extend the expert report disclosure deadlines set forth in the Scheduling Order to the following dates:

> Plaintiff:   **February 28, 2025**
> Defendant: **March 28, 2025**
> Rebuttal:   **April 11, 2025**

Due to these extensions, the Parties also jointly request that the Court extend the deadline for completing discovery and filing motions to compel from March 28,

2

2025, to April 18, 2025. These extensions will not meaningfully impact the case or any other deadlines, nor will they prejudice any party or create future case management problems. This motion is made in good faith for the purposes of allowing all parties sufficient time to conduct discovery and obtain expert reports, as needed, and not for the purpose of delay.

## LOCAL RULE 3.01(G) CERTIFICATION

The Parties have conferred on this motion and jointly agree to the resolution and relief requested herein.

WHEREFORE, the Parties respectfully request that the Court (1) grant this Joint Motion, (2) extend the deadlines in the Scheduling Order for disclosing experts such that Plaintiffs' deadline is February 28, 2025, Defendants' deadline is March 28, 2025, and the rebuttal deadline is April 11, 2025, and (3) extend the deadline in the Scheduling Order for completing discovery and filing motions to compel to April 18, 2025, and for such further relief as the Court deems just and proper.

Jointly Submitted: January 28, 2025.

By: s/ *Jonathon D. Pressley*
Alan S. Wachs (FBN 980160)
Email: awachs@sgrlaw.com
Jonathon D. Pressley (FBN 84579)
Email: jpressley@sgrlaw.com
Tucker Pryor (FBN 1010304)
Email: tpryor@abljax.com

By: s/ *Aaron S. Weiss*
Aaron S. Weiss (FBN 48813)
aweiss@carltonfields.com
Carlton Fields, P.A.
700 NW 1st Avenue, Suite 1200
Miami, Florida 33136
Telephone: 305-530-0050
*Counsel for Defendant Federal*

Smith, Gambrell & Russell, LLP
50 N. Laura St., Ste. 2600
Jacksonville, Florida 32202
Telephone: 904-598-6110
*Counsel for Plaintiffs*

By: s/ *Ashley R. Kellgren*
Michael K. Kiernan (FBN 391964)
Email: mkiernan@traublieberman.com
Ashley R. Kellgren (FBN 8602)
Email: akellgren@traublieberman.com
Traub Lieberman Straus &
Shrewsberry LLP
55 First Street South
St. Petersburg, Florida 33701
Telephone: 727-898-8100
*Counsel for Defendant RSUI*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of January 2025, a true and correct copy of the foregoing was filed with the Clerk of Court by using the CM/ECF system, which will send a Notice of Electronic filing to counsel of record.

/s/ *Jonathon D. Pressley*
Attorney